IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| ASHIA BROWN | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| vs. | ) | CIVIL ACTION NO. 16-266-CG-B |
|  | ) |  |
| QSR HOSPITALITY, LLC d/b/a/ CHURCH'S CHICKEN | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## ORDER OF DISMISSAL

On August 16, 2016, a settlement conference was held in this case before Magistrate Sonja F. Bivins. At the settlement conference the parties settled this case. Accordingly, it is **ORDERED, ADJUDGED**, and **DECREED** that this case is **DISMISSED WITH PREJUDICE**, each party to bears its own costs. Any party may move for reinstatement within the next 30 days should settlement not be consummated.

**DONE** and **ORDERED** this 16th day of August, 2016.

/s/ Callie V. S. Granade
**SENIOR UNITED STATES DISTRICT JUDGE**